# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No. 8:14-cr-30-T-23AAS

**LINBERTO GALLARDO-GONZALEZ**

_____/

## O R D E R

Linberto Gallardo-Gonzalez seeks an order requiring the government to return certain personal property, which was seized at the time of his arrest. (Doc. 126). Specifically, Mr. Gallardo-Gonzalez seeks the return of the following items:

1. Colombian passport
2. Cedula de Ciudadania (Colombian identification document)
3. Blackberry Q10 cellular phone
4. Gold chain
5. One silver and gold ring
6. Casio watch
7. 

The Department of Homeland Security is in possession of the Colombian passport and Cedula de Ciudadania, which are being kept in Mr. Gallardo-Gonzalez's Alien File in order to facilitate his return to Colombia upon his release from prison. The case agents are in possession of his Blackberry Q10 cellular phone, charger, microchip, miscellaneous paperwork, and a radio. Pedro Amador, Esquire, former counsel for Mr. Gallardo-Gonzalez, is in possession of the gold chain, silver and gold ring, and Casio watch. Mr. Gallardo-Gonzalez is requesting that all of these items be returned to: Mr. Roosevelt Hudgson, 417 Beach, 63 St. Arvern, NY 11692.

The government has responded that former counsel Mr. Amador will send the gold chain, silver and gold ring, and Casio watch to the person and address requested

in Mr. Gallardo-Gonzalez's motion (Doc. 134). The case agents likewise will send the Blackberry Q10 cellular phone, charger, microchip, miscellaneous paperwork, and radio to the same person and address. The Department of Homeland Security, however, will not return the Colombian passport and Cedula de Ciudadania until the deportation process after he completes his term of incarceration.

Accordingly, Gallardo-Gonzalez's motion (Doc. 126) is **GRANTED-IN-PART** and **DENIED-IN-PART**, as follows:

(1) Mr. Gallardo-Gonzalez's motion (Doc. 126) is **GRANTED** for the return of the Blackberry Q10 cellular phone with accessories, gold chain, silver and gold ring, and Casio watch. The court requests that the items must be sent by August 7, 2019 and requires the government to file a notice of compliance by August 14, 2019.

(2) Mr. Gallardo-Gonzalez's motion (Doc. 126) is **DENIED WITHOUT PREJUDICE** for the return of the Colombian passport and Cedula de Ciudadania, pending the completion of his term of incarceration.

**ORDERED** in Tampa, Florida on July 24, 2019.

AMANDA ARNOLD SANSONE
United States Magistrate Judge